AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

STEVEN T. CARTER,  )
    Plaintiff,  )
  )
v.  )
  )
  )  **JUDGMENT IN A CIVIL CASE**
CAROLYN W. COLVIN,  )  **CASE NO. 4:13-CV-126-D**
*Acting Commissioner of the Social*  )
*Security Administration,*  )
    Defendant.  )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court grants Defendant's Motion for Remand [D.E. 25], and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 15, 2014**, WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Thomas M.. Nanni (via CM/ECF Notice of Electronic Filing)

January 15, 2014                  JULIE A. RICHARDS, Clerk
Date                                          Eastern District of North Carolina

                                                           /s/Debby Sawyer
                                                           (By) Deputy Clerk

Raleigh, North Carolina