IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:13-cv-126-D

| STEVEN CARTER, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $3,969.50 for attorney fees, representing the remainder of 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $3,283.75 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $3,969.50 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

This 12 day of December, 2014.

JAMES C. DEVER III
Chief United States District Judge