UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

STEVEN CARTER,　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　**JUDGMENT IN A CIVIL CASE**
　　v.　　　　　　　　　　　　　　　　　)　**CASE NO. 4:13-CV-126-D**
　　　　　　　　　　　　　　　　　　　　)
CAROLYN W. COLVIN, Acting Commissioner of　)
Social Security,　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　　　)

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $3,969.50 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on December 12, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


DATE　　　　　　　　　　　　　　　　　JULIE A. RICHARDS, CLERK
12/12/2014　　　　　　　　　　　　　　　　/s/ Susan K. Edwards
　　　　　　　　　　　　　　　　　　　　(By) Susan K. Edwards, Deputy Clerk